UNITED STATES of America,
Plaintiff-Appellee,

v.

Eduardo ARANZOLA, Defendant-Appellant.

No. 29019.

United States Court of Appeals,
Fifth Circuit.

Feb. 3, 1971.

L. R. WALKER, Plaintiff-Appellant,

v.

UNITED STATES of America,
Defendant-Appellee.

No. 30135.

United States Court of Appeals,
Fifth Circuit.

Feb. 10, 1971.

Eduardo Aranzola, pro se.

L. Frank Chopin, Miami, Fla., (Court Appointed), for defendant-appellant.

Robert W. Rust, U. S. Atty., Jose E. Martinez, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before JOHN R. BROWN, Chief Judge, and TUTTLE and GODBOLD, Circuit Judges.

PER CURIAM.

Affirmed under the controlling authority of Buie v. United States, 1969, 396 U.S. 87, 90 S.Ct. 284, 24 L.Ed.2d 283. See Local Rule 21.[1]

Arthur P. Tranakos, Tranakos & Hurst, Atlanta, Ga., for plaintiff-appellant.

John W. Stokes, Jr., U. S. Atty., Atlanta, Ga., Johnnie M. Walters, Asst. Atty. Gen., Meyer Rothwacks, Lee A. Jackson, Richard Farber, Tax Div., Dept. of Justice, Washington, D. C., Elmer J. Kelsey, Tax Division, Dept. of Justice, Washington, D. C., for appellee.

Before RIVES, GOLDBERG, and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.